UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAYCOL PRODS. LITIG. ) | |
| ) | MDL No. 1431 |
| This Document Relates to: ) | (MJD/SRN) |
| ) | |
| *United States ex rel. Simpson v. Bayer Healthcare,* ) | |
| *et al.,* MDL Case. No. 08-5758 ) | |

ORDER

This matter having come before this Court on Defendants' Unopposed Motion for Extension of Time, and the Court being fully advised in the premises:

**IT IS THEREFORE ORDERED** that Defendants shall have to and including **November 13, 2009** to file a Reply in support of their Motion to Dismiss.

Dated: Nov. 10, 2009

Honorable Michael J. Davis
United States District Judge

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAYCOL PRODS. LITIG. ) | |
| ) | MDL No. 1431 |
| This Document Relates to: ) | (MJD/SRN) |
| ) | |
| *United States ex rel. Simpson v. Bayer Healthcare,* ) | |
| *et al.*, MDL Case. No. 08-5758 ) | |

### ORDER

This matter having come before this Court on Defendants' Unopposed Motion for Extension of Time, and the Court being fully advised in the premises:

**IT IS THEREFORE ORDERED** that Defendants shall have to and including **November 13, 2009** to file a Reply in support of their Motion to Dismiss.

Dated: Nov. 10, 2009

Honorable Michael J. Davis
United States District Judge