# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
DECLARATION OF LAURIE SIMPSON
AND ITS EXHIBITS

*United States of America* ex rel. *Laurie Simpson,*

                    Plaintiffs

                                        Case Number: 08-5758

v.

*Bayer Healthcare Pharma., et al.*

                    Defendants

---

This document is a place holder for the following items which are filed in conventional or physical form with the Clerk's Office:

*Declaration of Relator Laurie Simpson and its Exhibits.*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ____)

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2M13, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order:   )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
        (Document number of redacted version: ___)

_X_ Other (description): Under Seal.

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

856642-1

**CERTIFICATE OF SERVICE**

I, Robert Sadowski, hereby certify that on this 4th day of December, 2009, true and correct copies of the foregoing placeholder for the Declaration of Laurie Simpson and its exhibits were electronically filed and served on all attorneys of record and liaison counsel.

s/ Robert W. Sadowski
Robert Sadowski