# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CV 08-5758 (MJD/SRN)

Laurie Simpson, et al.,

v.                                          **AMENDED NOTICE**

Bayer Healthcare. et al.
*doing business as Bayer Healthcare Pharma*

---

The hearing on the Motion to Dismiss [26] has been rescheduled for oral argument on Friday, March 12, 2010 before Chief Judge Michael J. Davis in the Minneapolis Federal Courthouse (Courtroom 15E) at 9:00 a.m. If you have any questions please call Kristine Wegner at 612-664-5073.

Dated: January 6, 2010

s/Kristine Wegner
KRISTINE M. WEGNER
Calendar Clerk to the
Honorable Judge Michael J. Davis