## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

In re BAYCOL PRODUCTS LITIGATION                    MDL No. 1431 (MJD/SRN)

This Document Relates to:
United States ex rel. Simpson,                      Case No. 08-5758

                    Plaintiff,                          **ORDER**

       v.

Bayer Healthcare, et al.,

                    Defendants

---

Robert Sadowski, Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP, 65 E. 55th St., New York, New York 10022, on behalf of Plaintiff/Relator Laurie Simpson

Philip Beck and Adam Hoeflich, Bartlit, Beck, Herman, Palenchar & Scott, LLP, 54 W. Hubbard St., Suite 300, Chicago, IL 60603; Susan Weber and James Hemmings, Sidley Austin, LLP, One South Dearborn St., Chicago, IL 60603; and Peter Sipkins, Dorsey & Whitney, LLP, 50 S. 6th St., Suite 1500, Minneapolis, Minnesota 55402, on behalf of Defendant Bayer Corporation

---

SUSAN RICHARD NELSON, United States Magistrate Judge

      This case is before the undersigned United States Magistrate Judge on the Expedited Motion for Leave to File a Brief Sur-Reply filed by Plaintiff/Relator Laurie Simpson (Doc. No. 43.)

      Defendant Bayer filed a Motion to Compel (Doc. No. 34) on November 13, 2009, to which Ms. Simpson responded on December 4, 2009.  (Doc. No. 37).  Defendant then sought permission to file a reply memorandum, which this Court granted on December 23, 2009.  (Order of 12/23/09, Doc. No. 41).  Defendant filed its reply on December 29, 2009 (Doc. No. 42), and Ms. Simpson now moves for permission to file a sur-reply memorandum in response to issues raised by Defendant in its reply memorandum.  Having permitted Defendant to file a reply

memorandum, the Court also permits Ms. Simpson to file her proposed sur-reply memorandum.

Accordingly, **IT IS HEREBY ORDERED** that the Expedited Motion for Leave to File a Brief Sur-Reply by Laurie Simpson (Doc. No. 43)  is GRANTED.

Dated: January 8, 2010

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge
