# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Laurie Simpson, et al. | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Michael J. Davis |
| | U.S. District Chief Judge |
| v. | |
| | Case No: 08-cv-5758 (MJD/SRN) |
| | Date: April 26, 2010 |
| Bayer Healthcare, et al.. | Court Reporter: Toni Doyle Tusa |
| *doing business as Bayer* | Time Commenced: 10:10 a.m. |
| *Healthcare Pharma* | Time Concluded: 11:45 a.m. |
| Defendants. | Time in Court: 1 hour and 35 minutes |

Hearing on:  **Motion to Dismiss [26] in the Eastern District of Louisiana.**

APPEARANCES:

    Plaintiff:                         Robert Sadowski
    Plaintiff's Liaison Counsel:   Richard Lockridge and Robert Hopper
    Defendant:                      Adam Hoeflich, James Mizgala, Peter Sipkins, Philip Beck, Susan Weber,
                                              Kate Swift and Garry McConnell
    Special Master:               Roger Haydock

PROCEEDINGS:

    Motion to Dismiss was moved, argued and taken under advisement.  An order to follow.

Date:   April 26, 2010                                                            s/Kristine Wegner
                                                                                                                Calendar Clerk to Chief Judge Michael J. Davis