| | |
|---|---|
| In Re BAYCOL PRODUCTS LITIGATION, | MDL No. 1431 |
| This Document Relates to: | |
| United States ex rel. Simpson, | Case No. 08-5758 (MJD/SRN) |
|                   Plaintiff, | |
| v. | |
| Bayer Healthcare et al., | |
|                   Defendants. | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Relator Laurie Simpson has retained DIAMOND MCCARTHY LLP ("Diamond"), located at 620 8th Avenue, 39th Floor, New York, New York 10018, (212) 430-5400, to substitute as counsel for Olshan Grundman Frome Rosenzweig & Wolosky LLP ("Olshan") in this case. Robert Sadowski and Raphael Katz are formerly with Olshan Grundman and are now with Diamond.

Dated: New York, New York
      November 5, 2010

DIAMOND MCCARTHY LLP

By: _____
Robert W. Sadowski
Raphael Katz
New York Times Building
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499

Dated: New York, New York
      November 10, 2010

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY LLP

By: _____
Jeffrey Udell
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

## CERTIFICATE OF SERVICE

      I, Robert Sadowski, hereby certify that on this 11th day of November, 2010, true and correct copies of the foregoing Notice of Withdrawal and Substitution of Counsel were electronically filed and served on all attorneys of record and liaison counsel.

                                                                 Robert W. Sadowski

825063-2