# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## CV 08-5758 (MJD-SER)

Laurie Simpson, et al. ,

v.                                                    **NOTICE**

Bayer Corporation, et al

---

The hearing on the Motion to Dismiss [55] has been scheduled for oral argument on Friday, August 5, 2011 in Courtroom 15E located in the Minneapolis Federal Courthouse before the Honorable Judge Michael J. Davis. Please feel free to contact Kristine Wegner at 612-664-5073 if you have questions regarding this hearing date.

Dated: April 27, 2011                           s/Kristine Wegner
                                                KRISTINE M. WEGNER
                                                Calendar Clerk to the
                                                Honorable Judge Michael J.
                                                Davis