UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re BAYCOL PRODUCTS LITIGATION,<br><br>This Document Relates to:<br><br>United States *ex rel.* Simpson,<br><br>Plaintiff,<br><br>v.<br><br>Bayer Healthcare *et al.*,<br><br>Defendants. | MDL No. 1431<br><br>**DECLARATION OF LAURIE SIMPSON**<br>Case No. 08-5758 (MJD/SRN) |

LAURIE SIMPSON hereby declares pursuant to 28 U.S.C. § 1746:

1.  I am the relator in this *qui tam* action. I submit this declaration in opposition to defendants' motion to dismiss. I am fully familiar with the facts and circumstances set forth herein.

2.  I first approached the Federal Government in early 2005, disclosing information upon which this action is based. Subsequently, I commenced this action in October 2006. Additionally, the information I disclosed to the Federal Government included information relating to the Pacificare studies and to the Department of Defense Contract.

Dated: May 5, 2011

_____
LAURIE SIMPSON