# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CV 08-5758 (MJD-SER)

Laurie Simpson, et al.,

v.                                                     **AMENDED NOTICE**

Bayer Corporation, et al

---

The hearing on the Motion to Dismiss [55] has been rescheduled for oral argument on Friday, October 7, 2011 at 9:00 a.m. in Courtroom 15E located in the Minneapolis Federal Courthouse before the Honorable Judge Michael J. Davis. Please feel free to contact Kristine Wegner at 612-664-5073 if you have questions regarding this hearing date.

Dated: May 31, 2011                     s/Kristine Wegner
                                        KRISTINE M. WEGNER
                                        Calendar Clerk to the
                                        Honorable Judge Michael J. Davis