UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD)

This Document Relates to:

*United States of America* ex rel. *Laurie Simpson v. Bayer Healthcare d/b/a Bayer Healthcare Pharma, et al.*   Case No. 08-5758

## STIPULATION AND ORDER TO EXTEND REPLY BRIEF DEADLINE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for relator Laurie Simpson ("Relator") and counsel for defendants Bayer Corporation, Bayer AG, and Bayer HealthCare Pharmaceuticals Inc. ("Bayer") as follows:

1. Bayer filed its motion to dismiss Relator's Second Amended Complaint on February 15, 2011.

2. Relator filed her brief in opposition to the motion to dismiss on May 6, 2011.

3. Pursuant to prior agreement of the parties, Bayer's reply brief is due to be filed on June 20, 2011.

4. Bayer requests, and Relator agrees to, an extension of the deadline to file the reply brief to June 27, 2011.

5. Oral argument of the motion to dismiss has been set for October 7, 2011, at 9:00 a.m., such that this short extension will not delay consideration of the motion.

Dated: June __, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Robert W. Sadowski<br>Robert W. Sadowski<br>Raphael Katz<br>DIAMOND McCARTHY LLP<br>The New York Times Building<br>620 Eighth Avenue, 39th Floor<br>New York, NY 10018<br>212-430-5400 | Philip S. Beck<br>Adam Hoeflich<br>BARTLIT BECK HERMAN<br>  PALENCHAR & SCOTT LLP<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60610<br>312-494-4400 |
| Edward Normand<br>BOIES SCHILLER & FLEXNER LLP<br>33 Main Street<br>Armonk, NY 10504<br>914-749-8200<br><br>*Counsel for Laurie Simpson* | /s/ Susan A. Weber<br>Susan A. Weber<br>James R.M. Hemmings<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>312-853-7000<br><br>Kristin Graham Koehler<br>Ryan C. Morris<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>202-736-8000<br><br>Peter W. Sipkins<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>612-340-2600<br><br>*Counsel for Bayer Corporation, Bayer AG,<br>and Bayer HealthCare Pharmaceuticals Inc.* |

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Bayer's reply brief on its motion to dismiss shall be filed on or before June 27, 2011.

DATED: 6-6-11

The Honorable Michael J. Davis
United States District Court

*Simpson*, No. 08-5758