# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Laurie Simpson, et al. | ) | **COURT MINUTES** |
| | ) | BEFORE: Michael J. Davis |
| Plaintiffs, | ) | U.S. District Chief Judge |
| | ) | |
| v. | ) | Case No:  08-cv-5758 (MJD/SER) |
| | ) | Date:  December 14, 2011 |
| Bayer Corporation, et al.. | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  15E |
| Defendants. | ) | Court Reporter:  Lori Simpson |
| | ) | Time Commenced:  9:05 a.m. |
| | ) | Time Concluded:  9:50 a.m. |
| | | Time in Court:  45 minutes |

Hearing on:  **Motion to Dismiss [55]**

APPEARANCES:

  Plaintiff:  Robert Sadowski
  Defendant:  Adam Hoeflich, Peter Sipkins, Susan Weber, Peter Dieseth and Reid Bolton

PROCEEDINGS:

  Motion to Dismiss was moved, argued and taken under advisement.  An order to follow.

Date:   December 14, 2011                                                                                      s/Kristine Wegner
                                                                                       Calendar Clerk to Chief Judge Michael J. Davis