AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States ex rel. Simpson

V.

Bayer Healthcare dba Bayer Healthcare Pharmaceuticals; Bayer Pharmaceuticals Corp., Bayer Corporation and Bayer A.G.

**JUDGMENT IN A CIVIL CASE**

Case Number:  08-5758 MJD/SER

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' Motion to Dismiss is **GRANTED.** The Second Amended Complaint is **DISMISSED WITH PREJUDICE.**

July 19, 2012
Date

RICHARD D. SLETTEN, CLERK

s/A. Linner
(By)    A. Linner   Deputy Clerk

C:\Documents and Settings\linner\Desktop\Blank Judgment Form.wpd     Form Modified: 09/16/04