| | |
|---|---|
| In Re BAYCOL PRODUCTS LITIGATION, | MDL No. 1431 |
| This Document Relates to: | |
| United States ex rel. Simpson, | Case No. 08-5758 (MJD/SRN) |
| Plaintiff, | |
| v. | |
| Bayer Healthcare et al., | |
| Defendants. | |

## NOTICE OF WITHDRAWAL

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that DIAMOND MCCARTHY LLP ("Diamond"), located at 620 8th Avenue, 39th Floor, New York, New York 10018, (212) 430-5400, is withdrawing as counsel for relator Laurie Simpson. BOIES, SCHILLER & FLEXNER, LLP, located at 333 Main Street, Armonk, New York 10504, (914) 749-8200 is currently co-counsel for Relator Laurie Simpson and it will remain as her counsel.

Dated: New York, New York
      August 3, 2012

                                  DIAMOND MCCARTHY LLP

                          By: _____
                                Robert W. Sadowski
                                Raphael Katz
                                New York Times Building
                                620 Eighth Avenue, 39th Floor
                                New York, New York 10018
                                Telephone: (212) 430-5400
                                Facsimile: (212) 430-5499

**CERTIFICATE OF SERVICE**

I, Raphael Katz, hereby certify that on this 6th day of August, 2012, true and correct copies of the foregoing Notice of Withdrawal were electronically filed and served on all attorneys of record and liaison counsel.

                        s/ Raphael Katz
                        Raphael Katz