# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Laurie Simpson, et al, | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Michael J. Davis |
| | U.S. District Judge |
| v. | |
| Bayer Corporation, et al. | |
| Defendants. | |

| | |
|---|---|
| Case No: | 08-cv-5758 (MJD/SER) |
| Date: | May 3, 2018 |
| Courthouse: | Minneapolis |
| Courtroom: | 13E |
| Deputy: | Kristine Wegner |
| Court Reporter: | Staci Heichert |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:15 a.m. |
| Time in Court: | 45 minutes |

Hearing on: **Motion to Dismiss [156]**

APPEARANCES:

    Plaintiff:    Asher Alavi, David Bocian and Jason Johnston
    Defendants:    Adam Hoeflich, John Marti and Kaitlyn Hall

PROCEEDINGS:

The motion was moved, argued and taken under advisement. Order to follow.

Date: May 3, 2018                           s/Kristine Wegner
                                                        Courtroom Deputy to Judge Michael J. Davis