UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE BAYCOL PRODS. LITIG.* | ) <br> ) MDL No. 1431 (MJD/SRN) <br> ) |
| This Document Relates to: | ) <br> ) |
| *United States ex rel. Simpson v. Bayer Healthcare, et al.*, MDL Case No. 0:08-cv-5758 | ) <br> ) |

**JOINT MOTION TO ESTABLISH REVISED SCHEDULE**

Relator Laurie Simpson, by her undersigned counsel, and Defendants Bayer Corporation, Bayer AG, and Bayer AG Healthcare Pharmaceuticals, Inc. (collectively, "Bayer"), by their undersigned counsel, respectfully move the Court to enter the attached scheduling order, establishing a revised schedule for the case management conference and associated filings. In support of this joint motion, the Parties state as follows:

1. On March 31, 2015, this Court dismissed Relator Laurie Simpson's Second Amended Complaint with prejudice. Dkt. No. 130.

2. Ms. Simpson appealed that dismissal to the U.S. Court of Appeals for the Eighth Circuit. On September 8, 2017, the Eighth Circuit reversed and remanded the case to this Court for further proceedings.

3. On October 16, 2018, this Court denied Bayer's Motion to Dismiss. Dkt. No. 166.

4. The Parties agree that the schedule in the attached proposed order provides both Parties sufficient time to prepare the necessary filings and furthers the orderly administration of this case.

5. Accordingly, for the foregoing reasons, the Parties respectfully request that the Court adopt the following schedule:

| **Event** | **Proposed Deadline** |
|---|---|
| Deadline for Parties to file Rule 26(f) Report, Rule 16 Worksheet, and Confidential Settlement Statement: | January 9, 2019 |
| Status Conference: | January 16, 2019 (or date thereafter TBD by Court) |

Dated: December 21, 2018

Respectfully submitted,

/s/ David A. Bocian

David A. Bocian
dbocian@ktmc.com
KESSLER TOPAZ
MELTZER & CHECK
LLP
280 King of Prussia Road
Radnor, PA 19087
484-270-1402

*Counsel for Relator Laurie Simpson*

Respectfully submitted,

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Philip S. Beck
Adam Hoeflich
54 W. Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400


SIDLEY AUSTIN LLP

/s/ Kristin Graham Koehler

Kristin Graham Koehler (*pro hac vice*)
kkoehler@sidley.com
Ryan C. Morris (*pro hac vice*)
rmorris@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005

DORSEY & WHITNEY LLP

/s/ John Marti                        .
John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

*Counsel for Defendants*
*Bayer Corporation, Bayer*
*AG and*
*Bayer Healthcare Pharmaceuticals, Inc.*