UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE BAYCOL PRODS. LITIG.* | ) MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | ) |
| *United States ex rel. Simpson v. Bayer Healthcare, et al.,* MDL Case No. 0:08-cv-5758 | ) |

**[PROPOSED] ORDER**

COMES NOW, Relator Laurie Simpson, by her undersigned counsel, and Defendants Bayer Corporation, Bayer AG, and Bayer AG Healthcare Pharmaceuticals, Inc. (collectively, "Bayer"), by their undersigned counsel, on motion to establish revised schedule, and good cause appearing, it is hereby ORDERED as follows:

The Court ORDERS the following schedule:

| **Event** | **Deadline** |
|---|---|
| Deadline for Parties to file Rule 26(f) Report, Rule 16 Worksheet, and Confidential Settlement Statement: | January 9, 2019 |
| Status Conference: | January 16, 2019 (or date thereafter TBD by Court) |

**IT IS SO ORDERED.**

Dated: December ___, 2018

_____
Hon. Steven E. Rau
United States Magistrate Judge