UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 08-CV-05758-MJD-SER

LAURIE SIMPSON, et al.,

        Plaintiff,

v.

BAYER CORPORATION, et al.,

        Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Assistant United States Attorney Ann M. Bildtsen hereby notes her appearance as counsel for Plaintiff United States of America in the above-referenced matter.

Dated:  04/16/2019

ERICA H. MacDONALD
United States Attorney

*s/ Ann M. Bildtsen*

BY:  ANN M. BILDTSEN
Assistant U.S. Attorney
Attorney ID No. 271494
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Fax: 612-664-5788
Ann.Bildtsen@usdoj.gov

Attorneys for Plaintiff United States of America