UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

---

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

               *Plaintiff*,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

               *Defendants*.

Honorable Michael J. Davis
United States District Court Judge

MDL No. 1431
Civil. No. 08-5758(MJD)(SER)

---

**JOINT STATUS REPORT**

In accordance with the Court's January 18, 2019 Order (ECF No. 178), Relator Laurie Simpson ("Relator") and Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G. ("Bayer") (together, the "Parties"), respectfully submit the following joint status report.

Since the last Joint Status Report on March 19, 2019, Bayer has served its Responses and Objections to Relator's Second Request for Production. The Parties are continuing to meet and confer regarding draft orders to address the production of protected health information in compliance with HIPAA regulations, the production of privileged information under Rule 502(d), and the production of electronically-stored information ("ESI"). The Parties are also continuing to meet and confer about the production of documents in response to Relator's First

1

and Second Requests for Production, including about the particular custodians that Relator has identified and that Bayer is investigating. The Parties expect that they will submit the protective orders described above for the Court's consideration within the next week. Once the protective orders have been approved, the Parties expect to begin producing documents shortly thereafter.

The Parties are available if the Court wishes to discuss the status of discovery at the conference scheduled for April 23, 2019.

Dated: April 16, 2019

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| KESSLER TOPAZ MELTZER & CHECK LLP | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| /s/ David Bocian | /s/ Adam Hoeflich |
| David Bocian<br>dbocian@ktmc.com<br>Asher Alavi<br>aalavi@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>484-270-1402 | Philip S. Beck<br>Adam Hoeflich<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60603<br>(312) 494-4400 |
| *Counsel for Relator Laurie Simpson* | SIDLEY AUSTIN LLP<br>/s/ Kristin Graham Koehler |
| | Kristin Graham Koehler (*pro hac vice*)<br>kkoehler@sidley.com<br>Ryan C. Morris (*pro hac vice*)<br>rmorris@sidley.com<br>Joshua J. Fougere (*pro hac vice*)<br>jfougere@sidley.com<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |

DORSEY & WHITNEY LLP
/s/ John Marti

John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

*Counsel for Defendants Bayer
Corporation, Bayer AG and
Bayer Healthcare Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2019, the foregoing document was served this day on all counsel of record via CM/ECF.

/s/ Asher S. Alavi