**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA**

---

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

          *Plaintiff,*

  v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

          *Defendants.*

Honorable Michael J. Davis
United States District Court Judge

MDL No. 1431
Civil No. 08-5758(MJD)(SER)

---

**JOINT STATUS REPORT**

In accordance with the Court's January 18, 2019 Order (ECF No. 178), Relator Laurie Simpson ("Relator") and Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G. ("Bayer") (together, the "Parties"), respectfully submit the following joint status report.

Since the last Joint Status Report on June 18, 2019, the Parties have continued to make progress regarding discovery in this matter. On June 29, 2019, Bayer provided Relator with a replacement copy of one of the CDs from the Baycol MDL Production. The Parties have also been meeting and conferring regarding the custodians, search terms, and date cutoff that Bayer will use to respond to Relator's Second Request for Production of Documents. The Parties have exchanged draft proposals and expect to reach agreement before the next Joint Status Report.

At this time, the Parties do not believe that there are any discovery issues that require the Court's intervention. The Parties are available if the Court wishes to discuss the status of discovery at the conference scheduled for July 23, 2019. However, in light of the foregoing, the Parties believe that the status conference may be postponed until August 27, 2019.

Dated: July 16, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK LLP | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| /s/ Asher Alavi | /s/ Adam Hoeflich |
| Asher Alavi<br>aalavi@ktmc.com<br>David Bocian<br>dbocian@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(484) 270-1402 | Philip S. Beck<br>Adam Hoeflich<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60603<br>(312) 494-4400 |
| | SIDLEY AUSTIN LLP<br>/s/ Kristin Graham Koehler<br>Kristin Graham Koehler (*pro hac vice*)<br>kkoehler@sidley.com<br>Ryan C. Morris (*pro hac vice*)<br>rmorris@sidley.com<br>Joshua J. Fougere (*pro hac vice*)<br>jfougere@sidley.com<br>Matthew J. Letten (*pro hac vice*)<br>mletten@sidley.com<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000 |
| *Counsel for Relator Laurie Simpson* | |

DORSEY & WHITNEY LLP
/s/ John Marti
John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Defendants Bayer
Corporation, Bayer AG, and
Bayer Healthcare Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on July 16, 2019, the foregoing document was served this day on all counsel of record via CM/ECF.

/s/ Caitlin L.D. Hull