# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

        *Plaintiff*,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

        *Defendants*.

Honorable Michael J. Davis
United States District Court Judge

MDL No. 1431
Civil No. 08-5758(MJD)(SER)

## JOINT STATUS REPORT

In accordance with the Court's January 18, 2019 Order (ECF No. 178), Relator Laurie Simpson ("Relator") and Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G. ("Bayer") (together, the "Parties"), respectfully submit the following joint status report.

Since the last Joint Status Report on July 16, 2019, the Parties have continued to make progress regarding discovery in this matter. Specifically, the Parties have agreed on the custodians, search terms, and date restrictions that Bayer will use to respond to Relator's Second Request for Production of Documents. Bayer has begun reviewing documents that are potentially responsive to Relator's Second Request for Production and plans to make rolling productions of responsive documents. Bayer will also serve its First Request for Production of Documents on Relator in the near term.

The Parties also wish to seek clarification from the Court regarding the trial ready date provided in the Scheduling Order; specifically, whether the trial ready date should be April 30, 2021 (rather than April 30, 2020) in light of the dispositive motion deadline of December 30, 2020, which is the Parties' understanding (ECF No. 177).

Aside from this clarification, the Parties do not believe that there are any discovery issues that require the Court's intervention. The Parties are available if the Court wishes to discuss the status of discovery at the conference scheduled for August 27, 2019. But in light of the foregoing, the Parties believe that the status conference may be postponed until September 24, 2019.

Dated: August 20, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| KESSLER TOPAZ<br>MELTZER & CHECK LLP<br>/s/ Asher Alavi | BARTLIT BECK HERMAN<br>PALENCHAR & SCOTT LLP<br>/s/ Adam Hoeflich |
| Asher Alavi<br>aalavi@ktmc.com<br>David Bocian<br>dbocian@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(484) 270-1402 | Philip S. Beck<br>Adam Hoeflich<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60603<br>(312) 494-4400<br><br>SIDLEY AUSTIN LLP<br>/s/ Kristin Graham Koehler<br>Kristin Graham Koehler (*pro hac vice*)<br>kkoehler@sidley.com |
| *Counsel for Relator Laurie Simpson* | Ryan C. Morris (*pro hac vice*)<br>rmorris@sidley.com<br>Joshua J. Fougere (*pro hac vice*)<br>jfougere@sidley.com<br>Matthew J. Letten (*pro hac vice*)<br>mletten@sidley.com<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736-8000 |

DORSEY & WHITNEY LLP
/s/ John Marti

John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Defendants Bayer
Corporation, Bayer AG, and
Bayer Healthcare Pharmaceuticals, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 20, 2019, the foregoing document was served this day on all counsel of record via CM/ECF.

/s/ Caitlin L.D. Hull