## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Baycol Products Litigation | |
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | Honorable Michael J. Davis<br>United States District Court Judge |
| *Plaintiff*, | |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.;<br>BAYER CORP.; and<br>BAYER A.G., | MDL No. 1431<br>Civil No. 08-5758(MJD)(SER) |
| *Defendants*. | |

## JOINT STATUS REPORT

In accordance with the Court's January 18, 2019 Order (ECF No. 178), Relator Laurie Simpson ("Relator") and Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G. ("Bayer") (together, the "Parties"), respectfully submit the following joint status report.

Since the last Joint Status Report on August 20, 2019, the Parties have continued to make progress regarding discovery. Specifically, Bayer served its First Request for Production of Documents on Relator on August 21, 2019. In addition, Bayer has been reviewing documents that are potentially responsive to Relator's Second Request for Production and plans to make a substantial production of documents from six custodians by October 2, 2019.

At this time, the Parties do not believe that there are any discovery issues that require the Court's intervention. The Parties are available if the Court wishes to discuss the status of discovery

at the conference scheduled for September 24, 2019. But in light of the foregoing, the Parties believe that the status conference may be postponed until October 22, 2019.

Dated: September 17, 2019

Respectfully submitted,  Respectfully submitted,

KESSLER TOPAZ  BARTLIT BECK HERMAN
MELTZER & CHECK LLP  PALENCHAR & SCOTT LLP
/s/ Asher Alavi  /s/ Adam Hoeflich

Asher Alavi  Philip S. Beck
aalavi@ktmc.com  Adam Hoeflich
David Bocian  54 W. Hubbard Street, Suite 300
dbocian@ktmc.com  Chicago, IL 60603
280 King of Prussia Road  (312) 494-4400
Radnor, PA 19087
(484) 270-1402  SIDLEY AUSTIN LLP
  /s/ Kristin Graham Koehler
  Kristin Graham Koehler (*pro hac vice*)
  kkoehler@sidley.com
*Counsel for Relator Laurie Simpson*  Ryan C. Morris (*pro hac vice*)
  rmorris@sidley.com
  Joshua J. Fougere (*pro hac vice*)
  jfougere@sidley.com
  Matthew J. Letten (*pro hac vice*)
  mletten@sidley.com
  1501 K Street, N.W.
  Washington, D.C. 20005
  (202) 736-8000

  DORSEY & WHITNEY LLP
  /s/ John Marti

  John Marti (#0388393)
  marti.john@dorsey.com
  Alex P. Hontos (#0388355)
  hontos.alex@dorsey.com
  Caitlin L.D. Hull (#0398394)
  hull.caitlin@dorsey.com
  50 South Sixth Street, Suite 1500
  Minneapolis, MN 55402
  (612) 340-2600

*Counsel for Defendants Bayer
Corporation, Bayer AG, and
Bayer Healthcare Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2019, the foregoing document was served this day on all counsel of record via CM/ECF.

/s/ Asher Alavi