UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

---

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

*Plaintiff*,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

*Defendants*.

---

Honorable Michael J. Davis
United States District Court Judge

MDL No. 1431
Civil No. 08-5758(MJD)(SER)

## JOINT STATUS REPORT

In accordance with the Court's January 18, 2019 Order (ECF No. 178), Relator Laurie Simpson ("Relator") and Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G. ("Bayer") (together, the "Parties"), respectfully submit the following joint status report.

Since the last Joint Status Report on September 17, 2019, the Parties have continued to make progress regarding discovery. On September 24, 2019, Bayer served a subpoena for documents on the Department of Defense and anticipates a response from the Department of Defense in the next few weeks. On September 27, 2019, Relator served her Responses and Objections to Bayer's First Request for Production of Documents. The Parties are scheduling a meet and confer to discuss the Responses and Objections. On October 2, 2019, Bayer made its first production of documents in response to Relator's Second Request for Production of

Documents and produced over 10,000 pages of documents responsive to Relator's various requests. Bayer is continuing to review documents that are potentially responsive to the Relator's Second Request for Production of Documents and anticipates making a second production of responsive documents by November 1, 2019.

At this time, the Parties do not believe that there are any discovery issues that require the Court's intervention. The Parties are available if the Court wishes to discuss the status of discovery at the conference scheduled for October 22, 2019. But in light of the foregoing, the Parties believe that the status conference may be postponed until November 26, 2019.

Dated: October 15, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK LLP /s/ Asher Alavi | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP /s/ Adam Hoeflich |
| Asher Alavi aalavi@ktmc.com David Bocian dbocian@ktmc.com 280 King of Prussia Road Radnor, PA 19087 (484) 270-1402 | Philip S. Beck Adam Hoeflich 54 W. Hubbard Street, Suite 300 Chicago, IL 60603 (312) 494-4400 |
| | SIDLEY AUSTIN LLP /s/ Kristin Graham Koehler Kristin Graham Koehler (*pro hac vice*) kkoehler@sidley.com |
| *Counsel for Relator Laurie Simpson* | Ryan C. Morris (*pro hac vice*) rmorris@sidley.com Joshua J. Fougere (*pro hac vice*) jfougere@sidley.com Matthew J. Letten (*pro hac vice*) mletten@sidley.com 1501 K Street, N.W. Washington, D.C. 20005 (202) 736-8000 |

DORSEY & WHITNEY LLP
/s/ John Marti

John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Defendants Bayer
Corporation, Bayer AG, and
Bayer Healthcare Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2019, the foregoing document was served this day on all counsel of record via CM/ECF.

/s/ Caitlin L.D. Hull