# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

          *Plaintiff*,

v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

          *Defendants*.

Honorable Michael J. Davis
United States District Court Judge

MDL No. 1431
Civil No. 08-5758-MJD-ECW

## JOINT STATUS REPORT

In accordance with the Court's November 20, 2019 Order (ECF No. 212), Relator Laurie Simpson ("Relator") and Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G. ("Bayer") (together, the "Parties"), respectfully submit the following Joint Status Report.

Since the last Joint Status Report submitted on November 19, 2019, the Parties have continued to make progress regarding discovery. Specifically, on November 29, 2019, Bayer made its third production of documents in response to Relator's Second Request for Production of Documents, along with a privilege log listing any documents withheld or redacted on the grounds of the attorney-client privilege or work product doctrine. Bayer's production of documents in response to Relator's Second Request for Production of Documents is substantially complete. Bayer is also continuing to meet and confer with the Department of Defense ("DoD") regarding

the subpoena for documents Bayer served on September 24, 2019. Bayer and DoD have discussed ways in which the subpoena could be narrowed as an initial matter and plan to reconvene in mid-January, when DoD will provide an update on its search and collection progress. In addition, on December 6, 2019, Relator made her second production of documents in response to Bayer's First Request for Production of Documents. The Parties have exchanged considerable discovery to date and, after meeting and conferring, have recently agreed on search terms for production of additional ESI in response to Bayer's First Request for Production of Documents. Finally, because the Parties' document production remains ongoing, the Parties are meeting and conferring regarding a potential proposed modification to the scheduling order to extend the fact discovery period.

At this time, the Parties do not believe that there are any discovery issues that require the Court's intervention. The Parties respectfully suggest that they submit a further status report to the Court on March 17, 2020.

Dated: January 6, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| KESSLER TOPAZ<br>MELTZER & CHECK LLP<br>/s/ Asher Alavi | BARTLIT BECK HERMAN<br>PALENCHAR & SCOTT LLP<br>/s/ Adam Hoeflich |
| Asher Alavi<br>aalavi@ktmc.com<br>David Bocian<br>dbocian@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(484) 270-1402 | Philip S. Beck<br>Adam Hoeflich<br>54 W. Hubbard Street, Suite 300<br>Chicago, IL 60603<br>(312) 494-4400<br><br>SIDLEY AUSTIN LLP<br>/s/ Kristin Graham Koehler<br>Kristin Graham Koehler (*pro hac vice*) |

*Counsel for Relator Laurie Simpson*

kkoehler@sidley.com
Ryan C. Morris (*pro hac vice*)
rmorris@sidley.com
Joshua J. Fougere (*pro hac vice*)
jfougere@sidley.com
Matthew J. Letten (*pro hac vice*)
mletten@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

DORSEY & WHITNEY LLP
/s/ John Marti

John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Defendants Bayer*
*Corporation, Bayer AG, and*
*Bayer Healthcare Pharmaceuticals, Inc.*