**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**

_____

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,

                            *Plaintiff*,

                     v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

                          *Defendants*.

_____

Honorable Michael J. Davis
United States District Court Judge

       MDL No. 1431
Civil No. 08-5758-MJD-ECW

**NOTICE OF WITHDRAWAL OF**
**MATTHEW J. LETTEN**

      Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for

the District of Minnesota, the undersigned attorney, Matthew J. Letten, hereby notifies

the Court and counsel that he is leaving the law firm of Sidley Austin LLP and will no

longer be representing Defendants Bayer Corporation, Bayer AG, and Bayer Healthcare

Pharmaceuticals, Inc. in this matter.  Counsel of record from Sidley Austin LLP, Bartlit

Beck Herman Palenchar & Scott LLP, and Dorsey & Whitney LLP shall continue to

appear as counsel for Defendants in the above-captioned action.

Dated:  January 7, 2020                         SIDLEY AUSTIN LLP

                                                /s/ Matthew J. Letten
                                                Kristin Graham Koehler (*pro hac vice*)
                                                kkoehler@sidley.com
                                                Ryan C. Morris (*pro hac vice*)
                                                rmorris@sidley.com
                                                Joshua J. Fougere (*pro hac vice*)
                                                jfougere@sidley.com
                                                Matthew J. Letten (*pro hac vice*)
                                                mletten@sidley.com
                                                1501 K Street, N.W.
                                                Washington, D.C. 20005
                                                (202) 736-8000

                                                BARTLIT BECK HERMAN
                                                PALENCHAR & SCOTT LLP

                                                Philip S. Beck (*pro hac vice*)
                                                Adam Hoeflich (*pro hac vice*)
                                                54 W. Hubbard Street, Suite 300
                                                Chicago, IL 60603
                                                (312) 494-4400

                                                DORSEY & WHITNEY LLP

                                                John Marti (#0388393)
                                                marti.john@dorsey.com
                                                Alex P. Hontos (#0388355)
                                                hontos.alex@dorsey.com
                                                Caitlin L.D. Hull (#0398394)
                                                hull.caitlin@dorsey.com
                                                50 South Sixth Street, Suite 1500
                                                Minneapolis, MN 55402
                                                (612) 340-2600

                                                *Counsel for Defendants Bayer*
                                                *Corporation, Bayer AG, and*
                                                *Bayer Healthcare Pharmaceuticals,*
                                                *Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that on January 7, 2020, the foregoing document was served this day on all

counsel of record via CM/ECF.


/s/ Caitlin L.D. Hull