UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

_____

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel*.
LAURIE SIMPSON,

                            Honorable Michael J. Davis
                            United States District Court Judge

        *Plaintiff*,

                v.

                            MDL No. 1431
BAYER HEALTHCARE          Civil No. 08-5758-MJD-ECW
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

        *Defendants*.
_____

**[PROPOSED] ORDER
TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER
<u>PURSUANT TO L.R. 16.3</u>**

      Based on the parties' Joint Stipulation to Modify Amended Scheduling Order Pursuant to L.R. 16.3, and having established good cause,

      **IT IS HEREBY ORDERED** that the Scheduling Order is modified as follow:

      **1. <u>Pleadings and Disclosures</u>**

      **Current: May 13, 2020          Amended: October 11, 2020**
All motions which seek to amend the pleadings to add parties or claims must be served and filed on or before this date, and shall include a redlined version reflecting the changes contained in the proposed amended pleading. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages.

      **2. <u>Discovery and Nondispositive Motions</u>**

      **Current: April 29, 2020         Amended: September 28, 2020**
All fact discovery any kind shall be commenced in time to be completed by this date.

**Current: May 29, 2020         Amended: October 26, 2020**
The identity of expert witnesses must be disclosed in accordance with Fed. R. Civ. P. 26(a)(2)(A) by this date.

**Current: June 26, 2020         Amended: November 23, 2020**
The written reports of expert witnesses must be served in accordance with Fed. R. Civ. P. 26(a)(2)(A) (B) by this date.

**Current: June 26, 2020         Amended: November 23, 2020**
The identity of rebuttal expert witnesses must be disclosed in accordance with Fed. R. Civ. P. 26(a)(2)(A) by this date.

**Current: August 7, 2020         Amended: January 4, 2021**
The written reports of rebuttal expert witnesses must be served in accordance with Fed. R. Civ. P. 26(a)(2)(B) by this date.

**Current: September 7, 2020         Amended: February 4, 2021**
The identity and written reporters of further rebuttal witnesses must be served in accordance with Fed. R. Civ. P. 26(a)(2)(A) and (B) by this date.

**Current: October 30, 2020         Amended: March 28, 2021**
All expert discovery including expert depositions shall be commenced in time to be completed by this date.

**Current: November 30, 2020         Amended: April 29, 2021**
All non-dispositive motions and supporting pleadings (notice of motion, motion, affidavits, exhibits, memorandum of law, and proposed order), including those which relate to fact and expert discovery and any request for extension of this Pretrial Scheduling Order, shall be served, filed and HEARD by this date.  Prior to scheduling any non-dispositive motion and following the conference required by Fed. R. Civ. P. 37(a)(1) and L.R. 37.1.

3. **Dispositive Motions and Trial**

**Current: December 30, 2020         Amended: May 31, 2021**
All dispositive motions shall be filed by the moving party by this date.

**Current: April 30, 2021         Amended: September 27, 2021**
This matter will be ready for a JURY trial by this date. The parties estimate they will need 10 days for trial.

Dated: _____                    _____
                                      Elizabeth Cowen Wright
                                      United States Magistrate Judge