UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

_____

In re: Baycol Products Litigation

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | MDL No. 1431<br>Civil No. 08-5758(MJD)(ECW) |
| *Plaintiff*,<br>v.<br>BAYER CORP., *et al.*,<br>*Defendants*. | **STATEMENT THAT ENTIRE DOCUMENTS ARE CONFIDENTIAL OR IMPRACTICABLE TO REDACT** |

_____

Pursuant to Local Rule 5.6, Exhibits A, C, D, E, F, G, H, and I (Dkts. 243-1, 243-2, 243-3, 243-4, 243-5, 243-6, 243-7 and 243-8) to the Declaration of Jacquelyn E. Fradette (Dkt. 242) in support of Defendants' Motion to Quash Relator's Deposition Subpoenas have been filed under seal because the entire documents are confidential or redaction is impracticable.

Dated:  December 22, 2020

Respectfully submitted,

SIDLEY AUSTIN LLP
/s/ Kristin Graham Koehler
Kristin Graham Koehler (*pro hac vice*)
kkoehler@sidley.com
Jonathan F. Cohn (*pro hac vice*)
jcohn@sidley.com
Joshua J. Fougere (*pro hac vice*)
jfougere@sidley.com
Jacquelyn E. Fradette (*pro hac vice*)
jfradette@sidley.com
1501 K Street, N.W.

Washington, DC 20005
(202) 736-8500

DORSEY & WHITNEY LLP
/s/ John Marti
John Marti (#0388393)
marti.john@dorsey.com
Alex P. Hontos (#0388355)
hontos.alex@dorsey.com
Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Defendants Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc.*