# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**In re Baycol Litigation**
**United States ex rel. Laurie Simpson**

                Plaintiff(s),

vs.                                                                 Case No. **08-5758 (MJD)(ECW)**

**Bayer Corp., et al.,**

                Defendant(s).

### MEET-AND-CONFER STATEMENT

I, (name) **Joshua Fougere**, representing the

(party) **Defendant(s)**, hereby certify that:

I met and conferred with the opposing party by:

    Meeting with: **Richard Russo and Asher Alavi, attorneys for Plaintiff-Relator** (party/parties or attorney/attorneys you met with)

    On: **December, 15th 2020** (date you met and conferred)

    Discussing the following motion:

    **Defendant's Motion to Quash Relator's Deposition Subpoenas and to Compel Relator's Interrogatory Responses**

As a result of the meet-and-confer, the parties:

(Check the box that applies)

☑ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Signed this **15th** day of **December, 2020**

Signature of Party

Mailing Address

**Sidley Austin LLP**
**1501 K Street NW**
**Washington, D.C. 20005**

Telephone Number **(202) 736-8000**

Note:   All parties filing the motion must date and sign the Meet-and-Confer Statement and provide their mailing address and telephone number.  Attach additional sheets of paper as necessary.  The Meet-and Confer Statement must be served on each party, together with the documents required under LR 7.1(b)-(c).