UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

_____

In re: Baycol Products Litigation

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. LAURIE SIMPSON, | MDL No. 1431<br>Civil No. 08-5758(MJD)(ECW) |

*Plaintiff*,

v.

BAYER CORP., *et al.*,

*Defendants*.

_____

### [PROPOSED] ORDER GRANTING DEFENDANTS BAYER CORPORATION AND BAYER AG'S MOTION TO QUASH RELATOR'S DEPOSITION SUBPOENAS

Upon review of Defendants Bayer Corporation and Bayer AG's Motion to Quash Relator's Deposition Subpoenas [Dkt 238] pursuant to Federal Rules of Civil Procedure 26, 30 and 45 and having considered all the papers filed regarding this Motion and authorities cited therein, the Court hereby ORDERS Defendants' Motion to Quash is GRANTED.

IT IS SO ORDERED.
Dated: _____                    _____
                                       Elizabeth Cowen Wright
                                       United States Magistrate Judge