# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

In re: Baycol Products Litigation

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LAURIE SIMPSON, | Honorable Michael J. Davis<br>United States District Court Judge |
| | Honorable Elizabeth Cowan Wright<br>United States Magistrate Judge |
| *Plaintiff*, | |
| v. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER CORP.; and BAYER A.G., | MDL No. 1431<br>Civil No. 08-5758-MJD-ECW |
| *Defendants*. | |

**STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO QUASH**

Plaintiff-Relator Laurie Simpson ("Relator") and Defendants Bayer Corp. and Bayer A.G. (collectively "Defendants"), hereby stipulate and agree as follows:

WHEREAS, on December 22, 2020 Defendants filed a Motion to Quash Relator's Deposition Subpoenas (ECF No. 238) ("Motion");

WHEREAS, the Motion is noticed for hearing at 1:00 PM CST on January 29, 2021;

WHEREAS, Local Rule 7.1(b)(2) provides that Relator shall respond to the Motion within seven (7) days (i.e., by December 29, 2020);

WHEREAS, the Motion is 18 pages long, and raises numerous issues of fact and law;

WHEREAS, in light of the length of the Motion, intervening Holidays, existing litigation schedules, and COVID-19-related logistical challenges due to ongoing offices closures, Relator requests a modest extension to respond to the Motion;

WHEREAS, the parties have met and conferred and Defendants consent to the extension sought by Relator;

WHEREAS, Defendants intend to seek leave to file a Reply Brief in support of Defendants' Motion to Quash following Relator's opposition;

NOW, THEREFORE, the Parties hereby stipulate and agree and respectfully request that the Court enter an Order as follows:

1. The time for Relator to respond to Defendants' Motion shall be extended until January 15, 2021.
2. The time for Defendants to file a request for leave to file a Reply and proposed Reply Brief shall be January 22, 2021.

Dated: December 23, 2020

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| KESSLER TOPAZ<br>MELTZER & CHECK LLP<br>/s/ Asher Alavi<br><br>Asher Alavi<br>aalavi@ktmc.com<br>Richard Russo<br>rrusso@ktmc.com<br>David Bocian<br>dbocian@ktmc.com<br>Eric Gerard<br>egerard@ktmc.com<br>Jonathan Neumann<br>jneumann@ktmc.com<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(484) 270-1402<br><br>*Counsel for Relator Laurie Simpson* | SIDLEY AUSTIN LLP<br>/s/ Kristin Graham Koehler<br><br>DORSEY & WHITNEY LLP<br>/s/ John Marti<br><br>John Marti (#0388393)<br>marti.john@dorsey.com<br>Alex P. Hontos (#0388355)<br>hontos.alex@dorsey.com<br>Caitlin L.D. Hull (#0398394)<br>hull.caitlin@dorsey.com<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600<br><br>*Counsel for Defendants Bayer Corporation, Bayer AG, and Bayer Healthcare Pharmaceuticals, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on December 23, 2020, the foregoing document was served this day on all counsel of record via CM/ECF.

<u>/s/ Asher Alavi</u>