## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

_____

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel.*
LAURIE SIMPSON,


                    Plaintiff,

                              v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

                    Defendants.
_____

MDL No. 1431
Case No. 08-5758-MJD-ECW




**ORDER**

This case is before the Court on the Stipulated Request for Extension of Time to Respond to Defendants' Motion to Quash (Dkt. 248).  Having considered the Stipulation and for good cause shown, **IT IS ORDERED** that the Relator shall have until and including January 15, 2021 to respond to Defendants' Motion.  Defendants shall have until and including January 22, 2021 to file a request for leave to file a Reply and proposed Reply Brief.


Dated: December 29, 2020          *s/Elizabeth Cowan Wright*
                                  ELIZABETH COWAN WRIGHT
                                  United States Magistrate Judge