UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAURIE SIMPSON,<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>BAYER CORPORATION; BAYER AG; and BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>*Defendants*. | Civil No. 08-cv-5758 (MJD/ECW) |

## THE UNITED STATES' CONSENT TO DISMISSAL

On October 20, 2022, Relator Laurie Simpson and Defendants Bayer Corporation, Bayer AG, and Bayer HealthCare Pharmaceuticals Inc. (collectively "Bayer"), jointly filed this Stipulation of Dismissal with prejudice as follows: The dismissal shall be with prejudice as to Relator and the United States with regard to Relator's claims against Defendants for the Covered Conduct as defined in the Settlement Agreement between the United States, Bayer, and Relator. This dismissal excludes and does not encompass Relator's claims against Bayer for reasonable attorneys' fees, expenses, and costs pursuant to 31 U.S.C. § 3730(d).

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action as set forth in the Stipulation of Dismissal.

Dated:  October 21, 2022

ANDREW M. LUGER
United States Attorney

*s/ Ann Bildtsen*

BY:  ANN M. BILDTSEN
First Assistant U.S. Attorney
Attorney ID No. 271494
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
Ann.Bildtsen@usdoj.gov
(612) 664-5600
Attorneys for the United States