# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Simpson, *et al.,*                  **NOTICE OF APPEARANCE**

    Plaintiff(s)             Case No:     0:08-cv-5758 MJD/ECW

v.

Bayer Healthcare, *et al.,*

    Defendant(s)

---

The undersigned attorney hereby notifies the Court and counsel that D. Clay Taylor, Esq., shall appear as counsel of record for the firm of Olshan Frome Wolosky, LLP, with respect to their application to intervene and for fees and costs advanced on Plaintiff's behalf, in this case.

Dated: November 16, 2022.         *Taylor Fricton, PLLC*

                                             By: */s/ D. Clay Taylor*
                                             D. Clay Taylor (#204857)
                                             7300 Metro Blvd., Suite 350
                                             Edina, MN 55439
                                             Phone: 612.904.7376
                                             Email: clay@replawyer.com

                                             **ATTORNEY FOR THE FIRM OF**
                                             **OLSHAN FROME WOLOSKY, LLP**