# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| United States of America ex rel. Laurie Simpson | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 08-cv-5758 (MJD/ECW) |
| Bayer Healthcare Pharmaceuticals, Inc., Bayer Corp., and Bayer A.G., | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Fed. R. Civ. P. 41 and 31 U.S.C. § 3730(b)(1), this Action is **DISMISSED with prejudice** as to Relator and the United States with regard to Relator's claims against Bayer for the Covered Conduct as defined in the Settlement Agreement between the United States, Bayer, and Relator, except for Relator's claims for reasonable attorneys' fees, expenses and costs pursuant to 31 U.S.C. § 3730(d)(2); and it is further

**ORDERED** that the Court retains jurisdiction over this Action for Relator's claims for reasonable attorneys' fees, expenses and costs pursuant to 31 U.S.C. § 3730(d)(2), and for purposes of enforcing the Settlement Agreement; and, it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 54 and Local Rule 54.3, this Order supersedes any prior schedule and motions for reasonable attorneys' fees, expenses and costs pursuant to 31 U.S.C. § 3730(d)(2) shall be filed by **January 6, 2023**.

Date: 12/9/2022                                                                                   KATE M. FOGARTY, CLERK