# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Baycol Products Litigation<br><br>UNITED STATES OF AMERICA, *ex rel.*<br>LAURIE SIMPSON,<br><br>                     Plaintiff,<br><br>   v.<br><br>BAYER HEALTHCARE;<br>PHARMACEUTICALS, INC.;<br>BAYER CORP; and<br>BAYER A.G.,<br><br>                     Defendants. | MDL No. 1431<br>Civil No. 08-5758-MJD-ECW |

## NOTICE OF APPEARANCE OF GERALD C. ROBINSON

The undersigned, Gerald C. Robinson, hereby notifies the Court and counsel that he shall appear as counsel of record for G.C. Robinson Law, PLLC and Simmer Law Group with respect to their joint application to intervene and for statutory attorneys' fees in this case.

| | |
|---|---|
| Dated: January 4, 2023 | /s/ Gerald C. Robinson<br>Gerald C. Robinson<br>NJ Bar # 028452005<br>G.C. ROBINSON LAW, PLLC<br>5028 W. 56th Street<br>Minneapolis, MN 55436<br>Phone: 612-803-5981<br>gerald.robinson@gcrobinsonlaw.com |

## CERTIFICATE OF FILING AND SERVICE

      The undersigned, Gerald C. Robinson, hereby states and affirms that on the date indicated below he caused the foregoing document to be filed via the Electronic Court Filing system, which will provide notice of the filing and access to the document to all registered participants.

| | |
|---|---|
| Dated: January 4, 2023 | /s/ Gerald C. Robinson<br>Gerald C. Robinson |