## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Baycol Products Litigation<br><br>UNITED STATES OF AMERICA, *ex rel.*<br>LAURIE SIMPSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BAYER HEALTHCARE;<br>PHARMACEUTICALS, INC.;<br>BAYER CORP; and<br>BAYER A.G.,<br><br>　　　　　　　　　Defendants. | MDL No. 1431<br>Civil No. 08-5758-MJD-ECW |

## CORRECTED
## NOTICE OF APPEARANCE OF GERALD C. ROBINSON

　　The undersigned, Gerald C. Robinson, hereby notifies the Court and counsel that he shall appear as counsel of record for G.C. Robinson Law, PLLC and Simmer Law Group with respect to their joint application to intervene and for statutory attorneys' fees in this case.

Dated: January 4, 2023

/s/ Gerald C. Robinson
Gerald C. Robinson
MN Bar # 0212787
G.C. ROBINSON LAW, PLLC
5028 W. 56th Street
Minneapolis, MN 55436
Phone: 612-803-5981
gerald.robinson@gcrobinsonlaw.com

## CERTIFICATE OF FILING AND SERVICE

The undersigned, Gerald C. Robinson, hereby states and affirms that on the date indicated below he caused the foregoing document to be filed via the Electronic Court Filing system, which will provide notice of the filing and access to the document to all registered participants.

Dated: January 4, 2023               /s/ Gerald C. Robinson
                                                                       Gerald C. Robinson