## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

_____

In re: Baycol Products Litigation

UNITED STATES OF AMERICA *ex rel*.
LAURIE SIMPSON,

      *Plaintiff*,


        v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.;
BAYER CORP.; and
BAYER A.G.,

      *Defendants*.

_____

Honorable Michael J. Davis
United States District Court Judge

Honorable Elizabeth Cowan Wright
United States Magistrate Judge

MDL No. 1431
Civil No. 08-5758-MJD-ECW

## PLAINTIFF-RELATOR'S MEET AND CONFER STATEMENT ON
## MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES

Pursuant to Local Rule 7.1(a), I, David Bocian, hereby certify that in connection with Plaintiff-Relator's Motion for Attorneys' Fees, Costs and Expenses, Counsel for Plaintiff-Relator met and conferred with counsel for the defendants during mediation held on August 12, 2021, and further, that I met and conferred by telephone with Jonathan Cohn, Sidely Austin, on September 23, 2022. The parties do not agree on the resolution of any part of the motion.

Dated: January 6, 2023

       Respectfully submitted,

       **KESSLER TOPAZ**
        **MELTZER & CHECK, LLP**

       *s/ David Bocian*
       David Bocian

1

dbocian@ktmc.com
Asher Alavi
aalavi@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Plaintiff-Relator
Laurie Simpson*