UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, *ex rel.* Laurie Simpson,<br><br>*Plaintiff/Relator*,<br><br>vs.<br><br>Bayer Corporation; Bayer AG; and Bayer Healthcare Pharmaceuticals, Inc.<br><br>*Defendants*. | Case No. 0:08-cv-5758 (MJD/ECW)<br><br>**ORDER** |

Pursuant to Defendants' Unopposed Motion for Extension of Fee Petition Response Deadline (Dkt. 309) (the "Motion"), filed on January 20, 2023:

IT IS HEREBY ORDERED that the relief requested by the Motion **(Dkt. 309)** is **GRANTED**. Accordingly,

1. The deadline for Defendants to file their Response and Objections to motions for attorneys' fees, costs, and expenses shall be April 6, 2023.

DATE: January 23, 2023

s/Michael J. Davis
Michael J. Davis
United States District Court