# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, *ex rel.* Laurie Simpson, | Case No. 0:08-cv-5758 (MJD/ECW) |
| Plaintiff/Relator, | |
| vs. | **ORDER** |
| Bayer Corporation; Bayer AG; and Bayer Healthcare Pharmaceuticals, Inc. | |
| Defendants. | |

On January 6, 2023, Plaintiff/Relator Laurie Simpson filed a motion for attorneys' fees, costs, and expenses. (Doc. 287.) On January 7, 2023, G.C. Robinson Law, PLLC, as Partial Assignee of Relator's Claim, filed a motion for statutory attorney's fees and, if necessary, for intervention. (Doc. 294.)

A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant. The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master for purposes of resolving the motions for attorneys' fees and costs.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

Ms. Tara C. Norgard is appointed special master pursuant to Federal Rule of Civil Procedure 53 in this matter, <u>United States of America, *ex rel.* Laurie Simpson v. Bayer Corporation; Bayer AG; and Bayer Healthcare Pharmaceuticals, Inc.</u>, Civil File No. 08-5758 (MJD/ECW).

1. The special master is empowered to call such meetings of the parties as deemed necessary.

2. The parties shall contact Ms. Norgard as soon as possible to discuss scheduling and other administrative matters regarding the motions:

   Tara C. Norgard
   Carlson Caspers Vandenburgh Lindquist & Schuman PA
   225 S. 6th Street
   Suite 4200
   Minneapolis, MN 55402
   612-436-9600
   Fax: 612-436-9605
   Email: tnorgard@carlsoncaspers.com

3. The special master shall be compensated at the rate of $685 per hour. Compensation of the special master shall be apportioned as follows: 50% will be paid for by Plaintiffs and 50% will be paid for by Defendants.

Dated: February 16, 2023        s/Michael J. Davis
                                Michael J. Davis
                                United States District Court